**2011–0738.   Marcum v. Tolsen.**
In Habeas Corpus. On petition for writ of habeas corpus of James E. Marcum. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0759.   Moening v. Cook.**
In Habeas Corpus. On petition for writ of habeas corpus of Paul K. Moening. Sua sponte, cause dismissed. Motion for appointment of counsel denied as moot.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0786.   Chapin v. Clipper.**
In Habeas Corpus. On petition for writ of habeas corpus of Jonathan Chapin. Sua sponte, cause dismissed.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

PFEIFER, J., dissents and would order a return on the writ.

## MOTION AND PROCEDURAL RULINGS

**2010–1280.   Turner v. Cuyahoga Cty.**
In Habeas Corpus. On supplement for relief to vacate the sentence. Request denied.

**2010–1881.   Flynn v. Fairview Village Retirement Community, Ltd.**
Cuyahoga App. No. 95695. On joint motion to consolidate oral argument date with 2010–2148, *Havel v. Villa St. Joseph*, Cuyahoga App. No. 94677, 2010-Ohio-5251. Motion denied.

LUNDBERG STRATTON and McGEE BROWN, JJ., dissent.

**2010–2123.   Cireddu v. Clough.**
Lake App. No. 2010–L–008, 2010-Ohio-5401. On motion for clarification. Motion denied.

**2010–2148.   Havel v. Villa St. Joseph.**
Cuyahoga App. No. 94677, 2010-Ohio-5251. On joint motion to consolidate oral argument date with 2010–1881, *Flynn v. Fairview Village Retirement Community, Ltd.*, Cuyahoga App. No. 95695. Motion denied.

LUNDBERG STRATTON and McGEE BROWN, JJ., dissent.

**2011–0758.   State v. Townsend.**
Cuyahoga App. No. 94473, 2011-Ohio-86. On motion for leave to file delayed appeal. Motion denied.

**2011–0805.   State v. Irizarry.**
Cuyahoga App. No. 93352, 2010-Ohio-3868. On motion for leave to file delayed appeal. Motion denied.

**2011–0818.   State v. Griffin.**
Coshocton App. No. 09–CA–21, 2011-Ohio-1638. On motion for stay of court of appeals' decision. Motion granted.

PFEIFER and O'DONNELL, JJ., dissent.